# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Souza,<br><br>            Plaintiff,<br><br>v.<br><br>WebCollex LLC,<br><br>            Defendant. | No. CV-15-01353-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss (Doc. 16) and good cause appearing,

**IT IS HEREBY ORDERED** that this action is dismissed in its entirety with prejudice.

Dated this 11th day of February, 2016.

_____
Honorable G. Murray Snow
United States District Judge